IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00399-RPM-CBS

SHANNON ENDRES,

      Plaintiff(s),
v.

HEP-DENVER, LTD., a Colorado limited partnership
d/b/a THE MAGNOLIA HOTEL,

      Defendant.

---

ORDER SETTING PRETRIAL CONFERENCE

---

      The Court having determined that this case is now ready to be set for a pretrial conference, it is

      ORDERED that a pretrial conference is scheduled for **August 18, 2006, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.

      The original and one copy of the proposed Final Pretrial Order shall be delivered in paper form directly to chambers by **August 10, 2006.**

Dated: June 22nd , 2006

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge