IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-CV-0399-RPM-CBS

SHANNON ENDRES,

Plaintiff,

v.

HEP-DENVER, LTD.

Defendant.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

Comes now the Court, having reviewed the Stipulation to Dismiss with Prejudice signed by all parties, and hereby Orders that the within action is dismissed with prejudice, each party to pay their own costs and attorney's fees.

So Ordered this 27th day of July, 2006.

BY THE COURT:

s/Richard P. Matsch
_____
Judge, U.S. District Court